IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                       *

PAUL L. BERRY                                *        Case no.
and                                                   Chapter 7
AMY M. SPENCER                               *

      Debtors                           *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DISCLOSURE OF COMPENSATION FOR ATTORNEY

      1.     Pursuant to 11 U.S.C. § 329(a) and bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtors and that compensation paid to me for services rendered or to be rendered on behalf of the debtors in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For Chapter 7 legal services, I have agreed to accept................................................................ | $3,500.00 |
| Prior to the filing of this statement I have received................................................................ | $3,500.00 |
| Balance due........................................................................ | $00.00 |

      2.     The source of compensation paid to me was from the debtors.

      3.     I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      4.     The services rendered include the following:

      a.     Analysis of the debtorsq financial condition, and rendering advice and consultation to the debtors in determining whether to file a petition under Title 11, United /States Code.

      b.     Preparation and filing of the petition and initial filing documents, schedules and statement of financial affairs.

      c.     Representation at the first meeting of creditors, at any adjourned meetings of creditors.

   d. Prefiling and postfiling conferences concerning financial condition and creditor claims.

   e. Protection of equity in exempt property by avoidance of non-possessory, non-purchase money security interests, as necessary.

   f. Valuation of undersecured claims, as necessary.

   g. Protection of equity in exempt property by avoidance of preferential transfers, as necessary.

 5. By agreement with the debtors, the above-disclosed fee does not include any adversary proceedings, any negotiations with taxing authorities, appellate proceedings, or attendance at Rule 2004 examinations.

     /s/ Constance M. Hare
     Gary R. Greenblatt, Bar no. 02870
     Constance M. Hare, Bar No. 22512
     MEHLMAN, GREENBLATT & HARE, LLC
     723 South Charles Street, Suite LL3
     Baltimore, Maryland 21230
     (410) 547-0300

     Attorneys for the debtor

 We, Paul L. Berry and Amy M. Spencer, the debtors, hereby acknowledge that the services to be rendered by Mehlman, Greenblatt & Hare, LLC exclude appellate work, adversary proceedings, tax advice, and attendance at Rule 2004 examinations.

Dated: 10/13/14     /s/ Paul L. Berry
     Paul L. Berry

Dated: 10/13/14     /s/ Amy M. Spencer
     Amy M. Spencer